ANNIE HARRISON v. WESTERN UNION TELEGRAPH
COMPANY.

(Filed 10 September, 1913.)

For digest, see *Ellison v. Telegraph Co., ante,* 5.

APPEAL by defendant from *Long, J.,* at Spring Term, 1913, of WASHINGTON.

*Winston & Matthews for plaintiff.*
*Pruden & Pruden and S. Brown Shepherd for defendant.*

WALKER, J. This case is governed by *Ellison v. Telegraph Co.* They were argued and considered together, and the facts and principles presented in the two cases are substantially the same. It follows that there was no error in this appeal.

No error.